IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES for the use and benefit of S.L.
WILLIAMSON COMPANY, INC., *et al.*,

        Plaintiffs,

v.                                                        Civil Action No. 3:19-cv-00034

TEAM HENRY ENTERPRISES, LLC, *et al.*,

        Defendants.

## FINAL ORDER

This day came plaintiff S.L. Williamson Company, Inc. and defendant Aegis Security Insurance Company, by their respective counsel, and moved the Court to dismiss this matter with prejudice. It appearing to the Court that all matters between plaintiff S.L. Williamson Company, Inc. and defendant Aegis Security Insurance Company have been resolved to their mutual satisfaction and that default was entered against defendant Team Henry Enterprise, LLC on September 23, 2019, it is now, therefore,

## ORDERED

that this action shall be and hereby is dismissed with prejudice.

The Clerk is directed to strike the case from the court's active docket.

DATED: This 31st day of January, 2020.

_____
Senior United States District Judge